# ATTACHMENT A

1.  Purdue Pharma de Argentina S.R.L., an Argentine company;

2.  Mundipharma Pty Limited, an Australian company;

3.  Purdue Pharma Pty Limited, an Australian company;

4.  Mundipharma GesmbH, an Austrian company;

5.  Mundipharma Comm. VA, a Belgian company;

6.  Mundipharma Pharmaceuticals BVBA, a Belgian company;

7.  Bermag Limited, a Bermuda company;

8.  JSC Company, a Bermuda company;

9.  L.P. Clover Limited, a Bermuda company;

10. MNB Company, a Bermuda company;

11. Mundipharma International Corporation Limited, a Bermuda company;

12. Mundipharma International Limited, a Bermuda company;

13. Mundipharma International Holdings Limited, a Bermuda company;

14. Mundipharma Laboratories Limited, a Bermuda company;

15. Mundipharma Medical Company, a Bermuda company;

16. Mundipharma Pharmaceutical Company, a Bermuda company;

17. Mundipharma Research Company Limited, a Bermuda Company;

18. NC Pharmaceutical Company, a Bermuda company;

19. NICE Cosmetics and Toiletries Company, a Bermuda company;

20. Par-La-Ville Properties Ltd., a Bermuda company;

21. SICO Ltd., a Bermuda company;

22. The Aesculapius Foundation Limited, a Bermuda charitable foundation;

23. The Research Foundation Limited, a Bermuda charitable foundation;

24. Transworld Pharma Limited, a Bermuda company;

25. East Hudson Inc., a British Virgin Islands company;

26. Evening Star Services Limited, a British Virgin Islands company;

27. Freya Holdings Limited, a British Virgin Islands company;

28. IAF Limited, a British Virgin Islands company;

29. Lake Claire Investments Ltd., a British Virgin Islands company;

30. Ophir Green Corp., a British Virgin Islands company;

31. Seven Seas Hill Corp., a British Virgin Islands company;

32. Mundipharma Medical GmbH, a Swiss company with a registered Bulgarian branch;

33. Cheyenne Canada Limited Partnership, a Canadian limited partnership;

34. CPC Canada Corporation, a Canadian corporation;

35. Purdue Pharma, a Canadian limited partnership;

36. Purdue Frederick Inc., a Canadian corporation;

37. Purdue Pharma Inc., a Canadian corporation;

38. The Raymond and Beverly Sackler Foundation, a Canadian charitable foundation;

39. The Sackler Foundation, a Canadian charitable foundation;

40. Beijing Mundipharma Pharmaceutical Company Limited, a Chinese company;

41. Mundipharma Pharmaceuticals Inc., a New York corporation with a registered Shanghai branch;

42. Mundipharma Limited, a Cyprus company;

43. Mundipharma Pharmaceuticals Limited, a Cyprus company;

44. Mundipharma GesmbH, an Austrian company with a registered Czech Republic branch;

45. Norpharma A/S, a Danish company;

46.     Mundipharma Oy, a Finnish company;

47.     Mundipharma Management SARL, a French company;

48.     Mundipharma SAS, a French company;

49.     Dr. Mortimer and Theresa Sackler Charitable GmbH, a German charitable foundation;

50.     Krugman GmbH, a German company;

51.     Mundichemie GmbH, a German company;

52.     Mundipharma GmbH, a German company;

53.     Mundipharma Medical GmbH, a German company;

54.     Mundipharma Research GmbH & Co. KG, a German company;

55.     Mundipharma Research Verwaltungs GmbH, a German company;

56.     Mundipharma Vertriebsgesellschaft mbH & Co. KG, a German company;

57.     Mundipharma Verwaltungsgesellschaft mbH, a German company;

58.     Mundipharma Medical GmbH, a Swiss company with a registered Hungarian branch;

59.     Kamakhya Cosmetics and Pharmaceuticals (P) Limited, an Indian company;

60.     Modi-Mundipharma Private Limited, an Indian company;

61.     Modi-Revlon Private Limited, an Indian company;

62.     Mundipharma (Bangladesh) (P) Limited, an Indian company;

63.     Win-Medicare Private Limited, an Indian company;

64.     Mundipharma Medical Company, a Bermuda company with a registered Irish branch;

65.     Mundipharma Pharmaceuticals Limited, an Irish company;

66.     Rafa Laboratories Limited, an Israeli company;

67.     Mundipharma Pharmaceuticals S.r.L., an Italian company;

68.     Mundipharma TK, a Japanese silent Partnership;

69.     Mundipharma Kabushiki Kaishe, a Japanese company;

70.     Mundipharma YH, a Korean company;

71.     Euro-Celtique S.A., a Luxembourg company;

72.     Mundipharma Pharmaceuticals Sdn. Bhd., a Malaysian company;

73.     Purdue Pharma de Mexico S. de R.L., a Mexican company;

74.     Bradenton Products B.V., a Netherlands company;

75.     Ladenberg B.V., a Netherlands company;

76.     Mundipharma B.V., a Netherlands company;

77.     Mundipharma Bradenton B.V., a Netherlands company;

78.     Mundipharma Pharmaceuticals B.V., a Netherlands company;

79.     Mundipharma New Zealand Limited, a New Zealand company;

80.     Mundipharma A.S., a Norwegian company;

81.     Mundipharma Distribution GmbH, a Swiss company with a registered
        Philippines branch;

82.     Mundipharma Medical GmbH, a Swiss company with a registered Polish
        branch;

83.     Mundipharma Polska SP. Z.O.O., a Polish company;

84.     Mundipharma Farmaceutica LDA., a Portuguese company;

85.     Mundipharma GesmbH, an Austrian company with a registered Russian branch;

86.     Mundipharma Pharmaceuticals Private Limited, a Singapore company;

87.     Mundipharma Pte Limited, a Singapore company;

88.     Mundipharma GesmbH, an Austrian company with a registered Slovak Republic
        branch;

89.     Mundipharma Pharmaceuticals S.L., a Spanish company;

90.     Mundipharma AB, a Swedish company;

91.     Medimatch AG, a Swiss company;

92.     Mundipharma AG, a Swiss company;

93.     Mundipharma Distribution GmbH, a Swiss company;

94.     Mundipharma Holding AG, a Swiss company;

95.     Mundipharma Laboratories GmbH, a Swiss company;

96.     Sackler Foundation, a Swiss charitable foundation;

97.     Mundipharma Medical Company, a Bermuda company with a registered Swiss branch;

98.     Mundipharma Medical GmbH, a Swiss company;

99.     Mundipharma Pharmaceuticals Industry and Trade Limited, a Turkish company;

100.    Bard Pharmaceuticals Limited, a United Kingdom limited company;

101.    Betadine and Products Limited, a United Kingdom limited company;

102.    Codella Ltd., a United Kingdom limited company;

103.    Coates & Cooper Limited, a United Kingdom limited company;

104.    Moore Chemicals Limited, a United Kingdom limited company;

105.    Moore Medicinal Products Limited, a United Kingdom limited company;

106.    Mundipharma International Limited, a United Kingdom limited company;

107.    Mundipharma Research Limited, a United Kingdom limited company;

108.    Napp Laboratories Limited, a United Kingdom limited company;

109.    Napp Pharmaceutical Holdings Limited, a United Kingdom limited company;

110.    Napp Pharmaceutical Group Ltd., a United Kingdom limited company;

111.    Napp Pharmaceuticals Limited, a United Kingdom limited company;

112.    Napp Research Centre Limited, a United Kingdom limited company;

113.    Paineurope Limited, a United Kingdom limited company;

114.    AB Generics L.P., a Delaware limited partnership (Dissolved April 8, 2004);

115.    AB Generics L.P., a New York limited partnership;

116.     ABG Laboratories, Inc., a New Jersey corporation (Merged into The P.F. Laboratories, Inc. May 10, 2004);

117.     Bartlett Trading Corp., a New York corporation (Dissolved April 21, 2004);

118.     Blair Laboratories, Inc., a New York corporation (Merged into The Purdue Frederick Company May 6, 2004);

119.     BR Holdings Associates Inc., a New York corporation;

120.     CAAS Leasing, Inc., a Delaware corporation;

121.     CBC Diagnostics, Inc., a Delaware corporation (Dissolved into PRA Holdings, Inc. February 28, 2000);

122.     Connecticut Avenue Realty Co., Inc., a Connecticut corporation;

123.     Coventry Technologies L.P., (formerly Coventry Technologies LLC), a Delaware limited partnership;

124.     DT Partners L.P., a Delaware limited partnership;

125.     EDLA Laboratories, Inc., a New Jersey corporation (Merged into The P.F. Laboratories, Inc. May 10, 2004);

126.     E.R.G. Realty, Inc., a New York corporation;

127.     Essential Raw Materials LLC, a Delaware limited liability company;

128.     Gray Pharmaceutical Co., a New York general partnership (Terminated May 5, 2004);

129.     Gray Pharmaceutical Co., Inc., a New York corporation (Dissolved April 14, 2004);

130.     Hospice Provident LLC, a Delaware limited liability company;

131.     Hospital Promotion Service, Inc., a New York corporation (Merged into Pharmaceutical Research Associates, Inc. May 7, 2004);

132.     HS Holdings Inc., a Delaware corporation;

133.     Hyperol Sales Corporation, a New York corporation (Merged into Pharmaceutical Research Associates, Inc. May 7, 2004);

134.     IAF Corporation, a Delaware corporation;

135.     IKUWA Holdings Inc., a New York corporation;

136. IKUWA Holdings L.P., a Delaware limited partnership;

137. Market Track Research LLC, a Delaware limited liability company (Dissolved April 8, 2004);

138. Midvale Chemical Company, a New Jersey corporation;

139. Millsaw Realty Inc., a New York corporation;

140. Millsaw Realty L.P., a Delaware limited partnership;

141. MNP Consulting Limited, a Delaware corporation;

142. Mundipharma, Inc., a New York corporation;

143. Mundipharma LLC, a Delaware limited liability company;

144. Mundipharma Ltd., a Delaware corporation;

145. Mundipharma Pharmaceuticals Inc., a New York corporation;

146. Nappwood Land Corporation, a New Jersey corporation;

147. Norwalk Realty Development LLC, a Delaware limited liability company (Dissolved April 8, 2004);

148. Norwell Land Company, a New York general partnership;

149. One Stamford Holdings L.P., a Delaware limited partnership (Dissolved April 8, 2004);

150. One Stamford Land Inc., a New York corporation;

151. One Stamford Realty L.P., a Delaware limited partnership;

152. Pharma Associates Inc., a New York corporation;

153. Pharma Associates L.P., a Delaware limited partnership;

154. Pharma Technologies Inc., a New York corporation;

155. Pharmaceutical Research Associates, Inc., a Delaware corporation;

156. PLP Associates Holdings Inc., a New York corporation;

157. PRA Holdings, Inc., a New York corporation;

158. Purdue Biologics, Inc., a Delaware corporation (Merged into Pharmaceutical Research Associates, Inc. May 7, 2004);

159. Purdue BioPharma L.P., a Delaware limited partnership (Dissolved April 8, 2004);

160. Purdue Neuroscience Company, a Delaware general partnership;

161. Purdue Neuroscience Corporation, a New York corporation (Dissolved October 1, 2004);

162. Purdue Neuroscience Inc., a Delaware corporation (Dissolved April 8, 2004);

163. Purdue Neuroscience L.P., a Delaware limited partnership (Dissolved April 8, 2004);

164. Purdue Pharma Inc., a New York corporation;

165. Purdue Pharma Ltd., a Delaware corporation (Dissolved April 8, 2004);

166. Purdue Pharma L.P., a Delaware limited partnership;

167. Purdue Pharma of Puerto Rico, a Delaware general partnership;

168. Purdue Pharma Products L.P., a Delaware limited partnership;

169. Purdue Pharma Technologies Inc., a Delaware corporation;

170. Purdue Pharmaceutical Products Inc., a New York corporation;

171. Purdue Pharmaceutical Products L.P., a Delaware limited partnership;

172. Purdue Pharmaceuticals L.P., a Delaware limited partnership;

173. Purdue Products Inc., a New York corporation;

174. Purdue Products L.P., a Delaware limited partnership;

175. Purdue Transdermal Technologies L.P., a Delaware limited partnership;

176. Raymond and Beverly Sackler Foundation, Inc., a New York charitable foundation;

177. Raymond and Beverly Sackler Fund for the Arts and Sciences, Inc., a Delaware charitable foundation;

178. Rhodes Technologies, a Delaware general partnership;

179.     Rhodes Technologies Inc., a Delaware corporation;

180.     Richard and Beth Sackler Foundation, Inc., a Delaware charitable foundation;

181.     RSJ Company LLC, a Delaware limited liability company;

182.     Sawwood Land Corporation, a New York corporation;

183.     Senokot Pharmaceutical Products Corp., a New York corporation (Merged into Pharmaceutical Research Associates, Inc. May 7, 2004);

184.     Senokot Sales Corporation, a New York corporation;

185.     Science Media Communications, Inc., a Connecticut corporation (Dissolved into The Purdue Frederick Company April 12, 2004);

186.     Shield Laboratories Inc., a New York corporation (Dissolved August 4, 2004);

187.     SVC Pharma Inc., a Delaware corporation;

188.     SVC Pharma L.P., a Delaware limited partnership;

189.     Swift Mailers Inc., a New York corporation (Dissolved July 21, 2004);

190.     Synergistics, a New York general partnership (Terminated as of December 31, 2000);

191.     The Bouncer Foundation, Inc., a New York charitable foundation;

192.     The G.F. Harvey Co., Inc., a New York corporation (Merged into Pharmaceutical Research Associates, Inc. May 7, 2004);

193.     The Marwest Company, a New York general partnership;

194.     The Mortimer D. Sackler Foundation, Inc., a New York charitable foundation;

195.     The P.F. Betadine Products Co., Inc., a New York corporation;

196.     The P.F. Laboratories, Inc. a New Jersey corporation;

197.     The Purdue Frederick Company Inc. (formerly The Purdue Frederick Company), a New York corporation;

198.     The Purdue Pharma Company, a Delaware general partnership (Merged into Purdue Pharma L.P. September 30, 2004);

199.     The Purdue Frederick Company, a Delaware corporation;

200. The Purdue Frederick Company International, Inc., a New York corporation (Merged into The Purdue Frederick Company May 6, 2004);

201. The Seven Hundred Realty Corporation, a New Jersey corporation;

202. The Terramar Foundation, Inc., a Delaware corporation;

203. The Acorn Foundation for the Arts and Sciences, Inc., a Delaware corporation;

204. UDF LP, a Delaware limited partnership;

205. Vitamerican Corporation, a Delaware corporation;

206. Vitamerican Chemicals, Inc., a New Jersey corporation;

207. North Bay Associates, a Delaware general partnership;

208. North Bay Trust Company Inc., an Oklahoma corporation, for itself and as Trustee under Trust Agreement dated November 5, 1974;

209. Cheyenne International Corporation, an Oklahoma corporation;

210. Cheyenne Petroleum Company, a New York limited partnership;

211. Cheyenne Petroleum Company 1981 Ltd., a New York limited partnership;

212. CPC 2001 LLC, a Delaware limited liability company;

213. Poco Bay Company, a Delaware general partnership;

214. Poco Bay Realty LLC, a Delaware limited liability company; and

215. Poco Yield LLC, a Delaware limited liability company.