IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED

JUL 18 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE 1:07CR0029 |
| | * | NOTICE OF APPEARANCE |
| V | | FOR COUNSEL FOR CRIME |
| | * | VICTIM AND ASSERTION |
| THE PURDUE FREDERICK COMPANY, INC., ET AL | * | OF RIGHTS |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Louis Dene, pursuant to 18 U.S.C. §3771, hereby files Notice of Appearance on behalf of Jane Doe, crime victim, asserting her right to be heard before or during this proceeding. Counsel requests to be notified of all proceedings and filings, and asserts on behalf of the victim each of the rights contained in 18 U.S.C. §3771(a), including the right to be heard at any plea sentence throughout the duration of the case.

Louis Dene
DENE & DENE, P.C.
138 Court Street, N.E.
Abingdon, VA 24210
(276) 628-8644