CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
JUL 18 2007
JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE 1:07CR0029 |
| | | NOTICE OF APPEARANCE |
| V | | FOR COUNSEL FOR CRIME |
| | * | VICTIM AND ASSERTION |
| THE PERDUE FREDERICK | | OF RIGHTS |
| COMPANY, INC, ET AL | * | |

## APPLICATION FOR ADMISSION
## PRO HAC VICE

To: The Honorable Judges of the United States District Court for the Western District of Virginia

PERSONAL STATEMENT

FULL NAME: Russell Butler and Pauline Mandel
Bar Identification Number: Russell Butler - 03952; Pauline Mandel -22736:
State: Maryland
Firm Name: Maryland Crime Victims' Resource Center, Inc.
Firm Phone/FAX #: 301-952-0063
E-Mail Address: rbutler@mdcrimevictims.org; pmandel@mdcrimevictims.org
Office Mailing Address: 1001 Prince George's Boulevard, Suite 750, Upper Marlboro, MD 20774

Name(s) of federal court(s) in which I have been admitted: Butler and Mandel: Maryland; Butler: 4th Circuit Federal; District of Columbia; DC Circuit Federal.

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Western District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am not a full-time employee of the United States of America.

Russell P. Butler and Pauline Mandel are requesting the ability to file electronically in this case.

*Russell P. Butler*
_____
(Applicant's Signature)

*Pauline Mandel*
_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition to the court to admit the applicant *pro hac vice*.

*Louis Dene*                                                7-18-07
_____          _____
Louis Dene                                                  (Date)
PO BOX 1135
Abingdon, VA 24212-1135